# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**  \*

**vs.**  \*  Case No.   25-MJ-0796JMC

**MADAILEIN QUINN-MCFARLAND**  \*

\*\*\*\*\*\*

## ORDER

IT IS ORDERED that all charges in the case listed against the defendant named above is **"DISMISSED"** by the COURT by the request of the Government's "NOLLE PROSEQUI" filed on **6/09/2025**.

| | |
|---|---|
| 6/9/2025 | /s/ |
| Date | J. Mark Coulson |
| | United States Magistrate Judge |